# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERCILIA HEINRICHS, as Trustee of the JUAN AND GRACIELA GUERRA LIVING TRUST OF 2001; KEVIN WEN JIAO JIANG d/b/a CHINA GARDEN RESTAURANT; JACK SAI CHIK LAM d/b/a CHINA GARDEN RESTAURANT<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00590---SKO<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

　　　The Complaint was filed on April 16, 2015 (Doc. 1), and served on Defendant Kevin Jiang on April 27, 2015, and on Ercilia Heinrichs, as Trustee for the Juan and Graciela Guerra Living Trust of 2001 on May 7, 2015 (Docs. 5, 7).

　　　Per the parties' prior stipulation, Defendants Jiang and Heinrichs' answer to the Complaint is due June 8, 2015.  (*See* Doc. 9.)  Plaintiff, Oscar Flores, and Defendants Jiang and Heinrichs, filed a stipulated request to extend their deadline to respond to the Complaint until June 22, 2015. (Doc. 10.)  This is Defendants' second request for an extension of time.  (Doc. 10.)  An extension of time is necessary because the parties are engaging in settlement negotiation and this extension does not alter the date of any event or any deadline already fixed by Court order.  (Doc. 10.)

1  The Court has reviewed the parties' stipulation and, good cause appearing, Defendants
2  Heinrichs and Jiang shall have up to and including June 22, 2015, to answer or otherwise respond
3  to the Complaint.

IT IS SO ORDERED.

Dated: **June 8, 2015**  /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE